# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HOLLY ANN OGDEN-BOYD, | ) Case No. 22-14662-JGR |
| Debtor. | ) Chapter 7 |
| | ) |
| | ) |
| SIMON E. RODRIGUEZ, Chapter Trustee, | ) Adversary No. |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| HOLLY ANN OGDEN-BOYD, | ) |
| Defendant. | ) |

## COMPLAINT TO DENY/REVOKE DISCHARGE OF DEBTOR
## AND FOR TURNOVER OF PROPERTY OF THE ESTATE

COMES NOW the Plaintiff, Simon E. Rodriguez, (hereinafter referred to as Plaintiff) by his attorneys, James G. Anderson, P.C., and for a complaint against Debtor/Defendant, Holly Ann Ogden-Boyd, (hereinafter referred to as Debtor) pursuant to 11 U.S.C § 727(a)(2)(B), 11 U.S.C §727(12)(d)(2), and F.R.B.P. 7001(4), states and alleges as follows:

### General Facts and Allegations

1. Plaintiff consents to the entry of final orders and judgment by the Bankruptcy Court.

2. That on or about November 30, 2022, Debtor filed a voluntary petition under Chapter 7 of Title 11 of the Bankruptcy Code.

3. The United States Bankruptcy Court for the District of Colorado has subject matter jurisdiction over this action pursuant to 28 USC § 1334, because Debtor's bankruptcy is pending in the District Court and because this action is a proceeding arising in a case under Title 11.

4. The United States Bankruptcy Court for the District of Colorado possess subject matter jurisdiction over this action pursuant to 28 USC § 157 because all proceedings arising under Title 11 of the Bankruptcy Code or arising in or related to a case under Title 11 have been referred to the Bankruptcy Judges in this District by the United States District Court for the District of Colorado.

5. This Adversary Proceeding is a core proceeding pursuant to 28 USC § 157 and is brought pursuant to Bankruptcy Rule 7001 because it is an action in, and is related to, the bankruptcy case pending in the United States Bankruptcy Court for the District of Colorado, In Re: Holly Ann Ogden-Boyd, Case No. 22-14662-JGR.

6. Venue of this proceeding is proper in the United States Bankruptcy Court for the District of Colorado pursuant to 28 USC § 1409 because it arises in and is related to the Debtor's pending case under Title 11.

7. That Simon E. Rodriguez was appointed Trustee in the above-referenced bankruptcy case.

8. The Discharge of Debtor entered on March 6, 2023 (docket no. 14).

9. That Debtor has possession of non-exempt assets of the bankruptcy estate in the amount of $1,253.36. The Trustee has made requests for the Debtor to turnover the non-exempt assets and Debtor has failed to comply with the request.

### First Cause of Action
### Revocation of Discharge under 11 U.S.C. § 727(a)(2)(B) & 727(d)(2)

10. Plaintiff incorporates the allegations contained in paragraphs 1 through 9 herein.

11. The Debtor acquired property of the estate, in the amount of $1,253.36, and has failed to turnover said funds to the Trustee as Ordered by the Court on May 15, 2024 (docket no. 21).

12. Pursuant to 11 U.S.C. §727(a)(2)(B) and 11 U.S.C. §727(d)(2) the Trustee may request for the Court to revoke the Debtor's discharge if the Debtor fails to cooperate with the Trustee to enable the Trustee to perform his duties as require by law.

13, Pursuant to 11 U.S.C. § 727(a)(6) and 11 U.S.C. § 727(d)(3), denial or revocation of the Discharge is appropriate when the Debtor fails to obey a lawful Order of the Court.

WHEREFORE, Plaintiff, Simon E. Rodriguez, Trustee, requests an Order of this Court Revoking the Debtor's discharge pursuant to 11 U.S.C §727(a)(2)(B) and 11 U.S.C. §727(d)(2) and such further relief as the Court deems just and proper.

### Second Cause of Action
### Judgment for Recovery of Property of the Estate

14. Plaintiff incorporates the allegations contained in paragraphs 1 through 13 herein.

15. The Court on May 15, 2024, entered an Order granting the Trustee's Motion for Turnover of Property of the Estate for funds in the amount of $1,253.36 (docket no. 21).

16. The Debtor has not appealed the Order and it is now final.

17. The Trustee and his attorney have made attempts to contact the Debtor together with a copy of the Orders regarding the turnover of the requested funds, and the Debtor has not complied.

      WHEREFORE, Plaintiff Simon E. Rodriguez, Trustee, requests the Court enter an judgment in favor of the Plaintiff, Simon E. Rodriguez, Chapter 7 Trustee and against Debtor/Defendant, Holly Ann Ogden-Boyd revoking his discharge, judgment for $1,253.36 costs and for such further relief as the Court deems just and proper.

Dated: January 13, 2025                              Respectfully submitted

                                                         James G. Anderson, P.C.

                                                         /s/ James G. Anderson
                                                         James G. Anderson  #1721
                                                         Attorneys for the Plaintiff/Trustee
                                                         12101 E. 2nd Avenue, Suite 202
                                                         Aurora, CO 80011
                                                         303-343-4504
                                                         Fax No.  303-366-4078
                                                         gremly@jgandersonpc.com